IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA TORRES, GABRIEL ROJAS and IAN KERNER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>JC PENNEY CORPORATION INC.; and JC PENNEY COMPANY INC.,<br><br>    Defendants.<br>_____/ | No. 12-01105 RS<br><br>**ORDER** |

Pending further order of the Court, the deadline for plaintiffs' Opposition to defendant's Motion to Dismiss is extended until December 17, 2012. A further Order regarding this matter will issue in due course.

IT IS SO ORDERED.

Dated: 12/7/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE