SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MOE KESHAVARZI, Cal. Bar No. 223759
mkeshavarzi@sheppardmullin.com
GREGORY A. LONG, Cal. Bar No. 57642
glong@sheppardmullin.com
333 South Hope Street, 48th Floor
Los Angeles, California  90071-1448
Telephone:  213-620-1780
Facsimile:   213-620-1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
LAI L. YIP, Cal. Bar No. 258029
lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:  415.434.9100
Facsimile:   415.434.3947

Attorneys for Defendants
J. C. PENNEY CORPORATION, INC. and
J. C. PENNEY COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA TORRES, GABRIEL ROJAS and IAN KERNER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>JC PENNEY CORPORATION, INC.; and JC PENNEY COMPANY INC.,<br><br>    Defendants. | Case No. 3:12-cv-01105-JST<br>The Hon. Jon S. Tigar<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION AND STIPULATION TO CONTINUE BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed:  March 5, 2012 |

# [PROPOSED] ORDER

Having considered the Administrative Motion and Stipulation to Continue Briefing Schedule for Motion for Class Certification entered into by plaintiffs Maria Torres, Gabriel Rojas, and Ian Kerner and defendants J. C. Penney Corporation, Inc. and J. C. Penney Company, Inc., and good cause appearing therefor,

IT IS ORDERED THAT that the case deadlines be set as follows:

| Event | Deadline |
| --- | --- |
| Class certification motion due | 9/13/13 |
| Opposition to class certification motion due | 10/25/13 |
| Reply in support of class certification motion due | 11/22/13 |
| Hearing on class certification motion | 12/5/13 |
| Fact discovery cut-off | 1/27/14 (unchanged) |
| Expert discovery cut-off | 3/3/14 (unchanged) |
| Deadline for filing dispositive motions | 3/3/14 (unchanged) |
| Pretrial statement due | 5/20/14 (unchanged) |
| Pretrial conference | 5/30/14 at 2:00 p.m. (unchanged) |
| Trial (5 days) | 6/16/14 at 8:30 a.m. (unchanged) |

PURSUANT TO ADMINISTRATIVE MOTION AND STIPULATION, IT IS SO ORDERED.

Dated: July 29, 2013

_____
Honorable Jon S. Tigar
United States District Judge

-1-

Case No. 3:12-cv-01105-RS
[PROPOSED] ORDER