UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TORRES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JC PENNEY CORPORATION, INC., et al.,<br><br>    Defendants. | Case No. 12-cv-01105-JST<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

Plaintiffs having withdrawn their class certification motion, ECF No. 93, the Court hereby SETS this matter for a case management conference on February 12, 2013, at 2:00 P.M., in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California. A Joint Case Management Statement must be filed at least ten court days beforehand.

In addition to the other topics required to be addressed in the Case Management Statement, see Standing Order for All Judges of the Northern District of California, the parties are ordered specifically to address whether the existing schedule is appropriate for the case in its current posture, or whether some adjustment is required.

**IT IS SO ORDERED.**

Dated: November 22, 2013



_____
JON S. TIGAR
United States District Judge