SHEPPARD MULLIN RICHTER & HAMPTON LLP
MOE KESHAVARZI, Cal. Bar No. 223759
mkeshavarzi@sheppardmullin.com
GREGORY A. LONG, Cal. Bar No. 57642
glong@sheppardmullin.com
333 South Hope Street, 48th Floor
Los Angeles, California 90071
Tel: 213.620.1780, Fax: 213.620.1398

LAI L. YIP, Cal. Bar No. 258029
lyip@sheppardmullin.com
4 Embarcadero Center, 17th Fl., San Francisco, CA 94111
Tel: 415.434.9100, Fax: 415.434.3947

Attorneys for Defendants

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (SBN 77785)
Michael S. Strimling (SBN 96135)
Jenelle W Welling, (SBN 209480)
2125 Oak Grove Road, Ste. 120, Walnut Creek, CA 94598
Tel: 925.945.0200, Fax: 925.945.8792

BAKER LAW PC
G. Richard Baker (SBN 224003)
524 Union St., #213, San Francisco, CA 94133
Tel: 415.295.4814, Fax: 800.886.6556
richard@bakerlawpc.com

MIANO LAW PC
Bert J. Miano (SBN 218934)
Post Office Box 59268, Birmingham, AL 35259
Tel: 205.714.7199, Fax: 205.714.7177

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA TORRES, GABRIEL ROJAS and IAN KERNER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JC PENNEY CORPORATION, INC.; and JC PENNEY COMPANY INC.,<br><br>Defendants. | Case No. 3:12-cv-01105-JST<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed: March 5, 2012 |

Plaintiffs Maria Torres, Gabriel Rojas and Ian Kerner (collectively, "Plaintiffs") and J.C. Penney Corporation, Inc. and J.C. Penney Company, Inc. ("JCPenney"), by and through their respective counsel of record, all agree and **HEREBY STIPULATE**, as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the entire above-captioned action shall be dismissed with prejudice, all parties to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: December 2, 2013    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
MOE KESHAVARZI
Attorneys for Defendant
J. C. PENNEY CORPORATION, INC. and
J. C. PENNEY COMPANY, INC.

Dated: December 2, 2013    BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

By _____
ALAN PLUTZIK
Attorneys for Plaintiffs
MARIA TORRES, GABRIEL ROJAS, and
IAN KERNER

...
...

# [PROPOSED] ORDER

Upon consideration of the foregoing stipulation by Plaintiffs Maria Torres, Gabriel Rojas and Ian Kerner, on the one hand, and J.C. Penney Corporation, Inc. and J.C. Penney Company, Inc., on the other hand, and good cause appearing therefor, this action is hereby dismissed in its entirety with prejudice and all parties are to bear their own costs and attorneys' fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2013  _____
HON. JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE