UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TORRES, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JC PENNEY CORPORATION, INC., et al.,<br><br>　　　　Defendants. | Case No. 12-cv-01105-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 95 |

　　　The parties have filed a stipulation of dismissal dated December 5, 2013, stating that they have agreed to dismissal of this action. ECF No. 95. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　This case has been dismissed with prejudice. The Clerk shall close the file.

　　　**IT IS SO ORDERED**.

Dated: December 5, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　United States District Judge